```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MORDECHAY ALTIT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MORDECHAY ALTIT, and<br><br>SHAY DIN ALTIT<br><br>　　　　　Defendants.<br>_____ | No. 2:12-cr-00389-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND REQUEST PRE-PLEA PSR; EXLUDE TIME AS TO MORDECHAY ALTIT ONLY<br><br>Date:　January 3, 2013<br>Time:　9:00 a.m.<br>Judge: Morrison C. England, Jr. |

　　It is hereby stipulated and agreed to between the United States of America through LEE SAARA BICKLEY, Assistant U.S. Attorney, and defendant, MORDECHAY ALTIT, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, January 3, 2013, be continued to Thursday, March 14, 2013 at 9:00 a.m. as to MORDECHAY ALTIT only.[1]

　　This continuance is requested to allow defense counsel additional time to prepare, to conduct ongoing investigation of the facts, and to work toward resolution of this case.

---

[1] Counsel for codefendant Shay Din Altit was contacted and indicated his desire to remain as set on the January 3, 2012 calendar.

1    The parties respectfully request that this Court order the
2 Probation Office to prepare a pre-plea advisory guideline presentence
3 investigation report and serve it on the parties prior to the next
4 hearing date.  Specifically, the parties have agreed that a pre-plea
5 advisory guideline presentence investigation report would aid the
6 parties toward resolving the case.
7    The parties stipulate that the ends of justice served by the
8 granting of such continuance outweigh the interests of the public and
9 the defendant in a speedy trial.
10    Speedy trial time is to be excluded from the date of this order
11 through the date of the status conference set for March 14, 2013,
12 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
13 (Local Code T4).
14 DATED: December 12, 2012              Respectfully submitted,
15                                       DANIEL J. BRODERICK
                                         Federal Defender
16
17                                       /s/ Benjamin Galloway
                                         BENJAMIN GALLOWAY
18                                       Assistant Federal Defender
                                         Attorney for Defendant
19                                       MORDECHAY ALTIT
20
21 DATED: December 12, 2012              BENJAMIN B. WAGNER
                                         United States Attorney
22
23                                       /s/ Benjamin Galloway for
                                         LEE SAARA BICKLEY
24                                       Assistant U.S. Attorney
                                         Attorney for Plaintiff
25
26
27 ///
28 ///

Stipulation/Order                  -2-

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the January 3, 2013 status conference shall be **continued until March 14, 2013 at 9:00 a.m.** as to defendant MORDECHAY ALTIT, and that the time from the date of the parties stipulation, December 12, 2012, up to and including March 14, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).

The Court further orders the United States Probation Office to prepare and disclose to the parties a  pre-plea advisory guideline presentence investigation report as to defendant MORDECHAY ALTIT.

IT IS SO ORDERED.

Dated: December 26, 2012

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT JUDGE