```
JOSEPH SCHLESINGER, Bar #87692
Acting Federal Defender
BENJAMIN D. GALLOWAY, Bar #214897
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
MORDECHAY ALTIT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>  v.<br><br>MORDECHAY ALTIT,<br><br>                Defendant. | No. CR-S-12-00389 MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME AS TO MORDECHAY ALTIT ONLY<br><br>Date:  June 13, 2013<br>Time:  9:00 a.m.<br>Judge: Morrison C. England, Jr. |

    It is hereby stipulated and agreed to between the United States of America through LEE SAARA BICKLEY, Assistant U.S. Attorney, and defendant, MORDECHAY ALTIT, by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, May 2, 2013, be continued to Thursday, June 13, 2013 at 9:00 a.m. as to MORDECHAY ALTIT only.

    This continuance is requested to allow defense counsel additional time to prepare, to conduct ongoing investigation of the facts, and to work toward resolution of this case.

/ / /

1    The parties stipulate that the ends of justice served by the
2 granting of such continuance outweigh the interests of the public and
3 the defendant in a speedy trial.
4    Speedy trial time is to be excluded from the date of this order
5 through the date of the status conference set for June 13, 2013,
6 pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare]
7 (Local Code T4).

8 DATED: April 18, 2013              Respectfully submitted,
9                                    JOSEPH SCHLESINGER
                                     Acting Federal Defender
10
11                                   /s/ Benjamin Galloway
                                     BENJAMIN GALLOWAY
12                                   Assistant Federal Defender
                                     Attorney for Defendant
13                                   MORDECHAY ALTIT

14

15 DATED: April 18, 2013              BENJAMIN B. WAGNER
                                     United States Attorney
16

17                                   /s/ Benjamin Galloway for
                                     LEE SAARA BICKLEY
18                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
19

20               **O R D E R**

21    The Court, having received, read, and considered the stipulation
22 of the parties, and good cause appearing therefrom, adopts the
23 stipulation of the parties in its entirety as its order. The Court
24 specifically finds that the failure to grant a continuance in this case
25 would deny counsel reasonable time necessary for effective preparation,
26 taking into account the exercise of due diligence.  The Court finds
27 that the ends of justice to be served by granting the requested
28 continuance outweigh the best interests of the public and defendant in

a speedy trial.

    The Court orders that the May 2, 2013 status conference shall be continued until June 13, 2013 at 9:00 a.m. as to defendant MORDECHAY ALTIT, and that the time from the date of the parties stipulation, up to and including June 13, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare).

    IT IS SO ORDERED.

Date: April 22, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT