1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  BENJAMIN D. GALLOWAY, #214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 "I" Street, 3rd Floor
4  Sacramento, CA 95814

5  Attorney for Defendant
   MORDECHAY ALTIT
6

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,        )    NO.2:12-CR-00303-GEB
                                     )
11              Plaintiff,           )    STIPULATION AND [PROPOSED] ORDER
         v.                          )    FOR MORDECHAY ALTIT
12                                   )    CONTINUNING RESITUTION HEARING
                                     )    IN BOTH MATTERS TO FEBRUARY 7,
13  MORDECHAY ALTIT,                 )    2014
                                     )
14              Defendant.           )    DATE:        February 7, 2014
                                     )    TIME:        9:00 a.m.
15                                   )    JUDGE:       Hon. Garland E. Burrell, Jr.
                                     )
16  _____)
                                     )
17  UNITED STATES OF AMERICA,        )    NO. 2:12-CR-00389-GEB
                                     )
18              Plaintiff            )    STIPULATION AND [PROPOSED] ORDER
                                     )    FOR MORDECHAY ALTIT
19       v.                          )    CONTINUNING RESITUTION HEARING
                                     )    IN BOTH MATTERS TO FEBRUARY 7,
20  MORDECHAY ALTIT, and             )    2014
    SHAY DIN ALTIT,                  )
21                                   )    Date:        February 7, 2014
                                     )    Time:        9:00 a.m.
                Defendants.          )    Judge:       Hon. Garland E. Burrell, Jr.
22  _____)

23

24       It is hereby stipulated and agreed to between the United States of America through LEE

25  BICKLEY, Assistant U.S. Attorney, and defendant, MORDECHAY ALTIT, by and through his

26  counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the restitution hearing set

27

28

                                         -1-

1    for Friday, January 10, 2014 in actions 2:12-cr-00303-GEB and 2:12-cr-00389-GEB be

2    continued to Friday, February 7, 2014 at 9:00 a.m..

3         This continuance is requested to allow additional time for one or more victims to submit

4    their claims for restitution.   The parties stipulate that the ends of justice are served by the

5    granting of this continuance.   United States Probation Officer Ronnie Preap has no objection to

6    the requested continuance.

7    DATED: December 20, 2013                     Respectfully submitted,

8
                                                 HEATHER E. WILLIAMS
9                                                Federal Defender

10                                               /s/ Benjamin Galloway
                                                 BENJAMIN GALLOWAY
11                                               Attorney for Defendant
                                                 MORDECHAY ALTIT
12

13   DATED: December 20, 2013                    BENJAMIN B. WAGNER
                                                 United States Attorney
14
                                                 /s/ Benjamin Galloway for
15                                               LEE SAARA BICKLEY
                                                 Assistant U.S. Attorney
16                                               Attorney for Plaintiff

17

18                              O R D E R

19        The Court, having received, read, and considered the stipulation of the parties, and good

20   cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

21        The Court orders that the restitution hearing set for Friday, January 10, 2014 at 9:00 a.m.

22   in actions 2:12-cr-00303-GEB and 2:12-cr-00389-GEB be continued to Friday, February 7, 2014

23   at 9:00 a.m..

24        IT IS ORDERED:

25        Dated:  December 20, 2013

26

27

28   _____
     GARLAND E. BURRELL, JR.
     Senior United States District Judge