1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   EASTERN DISTRICT OF CALIFORNIA

8

9    UNITED STATES OF AMERICA,        No. 2:12-cr-00303-GEB

10              Plaintiff,            No. 2:12-cr-00389-GEB-1

11        v.
                                      **ORDER DENYING DEFENDANT'S MOTION**
12   MORDECHAY ALTIT,                 **FOR REDUCTION OF SENTENCE**

13              Defendant.

14

15   _____

16            Defendant Mordechay Altit moves in these related cases

17   for a reduction of sentence under 18 U.S.C. § 3582(c)(2) and

18   U.S.S.G. § 1B1.10. (Def.'s Mot., filed as ECF No. 84 in Case No.

19   2:12-cr-00389-GEB.) Defendant argues in his motion that his

20   status as a deportable alien and favorable post-sentencing

21   conduct justify a reduction of his sentence.

22            The government opposes the motion arguing § 3582(c)(2)

23   is inapplicable to this case because "[D]efendant's sentencing

24   range has not changed. The sentencing ranges for [Defendant's

25   crimes] have not been lowered by the Sentencing Commission."

26   (Gov't Opp'n 1:22-25, 3:25-26, ECF No. 86 in Case No. 2:12-cr-

27   00389-GEB.)

28

                                    1

1   "As a general matter, courts may not alter a term of

2   imprisonment once it has been imposed." United States v. Leniear,

3   574 F.3d 668, 673 (9th Cir. 2009) (internal quotation marks

4   omitted) (quoting United States v. Hicks, 472 F.3d 1167, 1169 (9th

5   Cir. 2007)).

6               However, 18 U.S.C. § 3582(c)(2) creates an
             exception to this rule by allowing
7            modification of a term of imprisonment if:
             **(1) the sentence is "based on a sentencing**
8            **range that has subsequently been lowered by**
             **the Sentencing Commission"**; and (2) "such a
9            reduction is consistent with applicable
             policy statements issued by the Sentencing
10           Commission."

11  Id. (emphasis added) (quoting 18 U.S.C. § 3582(c)(2)).

12              Here, Defendant has not shown that his sentence was

13  based on a sentencing range that has subsequently been lowered by

14  the Sentencing Commission. Therefore, 18 U.S.C. 3582(c)(2) is

15  inapplicable and cannot be used to lower his sentence.

16  Accordingly, Defendant's motion for reduction of sentence is

17  DENIED.

18  Dated:  September 14, 2015

19

20

21  GARLAND E. BURRELL, JR.
    Senior United States District Judge

22

23

24

25

26

27

28

2